# United States District Court
## Violation Notice
(Rev. 1/2015)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MYI( | 9471585 | Harman | 322 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 2/13/26  1924 | MTA 21~801.1 |

Place of Offense

Ditto

Offense Description: Factual Basis for Charge    HAZMAT ☐

Speeding

30 in 15

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| Williams | Londone |

Street Address

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Tag No. | State | Year | Make/Model | PASS ☐ Color |
|---|---|---|---|---|
| L91MWT | NJ | 20 | INF QX60 | BLK |

### APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 90    Forfeiture Amount
+ $30   Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →    $ 120    Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date: TBD |
|---|---|
| 1520 Freedman Dr | Time: TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9471585*

I state that on 13 Feb 2026 while exercising my duties as a law enforcement officer in the Fort Detrick District of Maryland

While sitting stationary in the parking lot of 6000 Ditto Ave I observed a black in color SUV driving toward me at a high rate of speed. Confirmed by my vehicles RADAR audio and visual speed, I activated my emergency lights and conducted a traffic stop. During the stop the driver was cooperative and stated she didnt realize she was going as fast as she was. The driver called her husband who attempted to get argumentative with me over the phone.

The foregoing statement is based upon:

☒ my personal observation    ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:  2/13/2026    _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on:  _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT – Hazardous material involved in incident; PASS – 9 or more passenger vehicle; CDL – Commercial drivers license; CMV – Commercial vehicle involved in incident

CVB SCAN 03/02/2026 15:44